BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-MC-00013-GEB-GGH |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $35,000.00 in U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and Claimant Edwin Movagharian ("Claimant"), by and through his respective attorney, as follows:

1. On or about November 29, 2011, Claimant filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the Approximately $35,000.00 in U.S. Currency (hereafter the "defendant currency"), which was seized on September 2, 2011.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than Claimant have filed a claim to the defendant

1 currency as required by law in the administrative forfeiture proceeding.

2     3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a
3 complaint for forfeiture against the defendant currency and/or to obtain an indictment
4 alleging that the defendant currency is subject to forfeiture within ninety days after
5 a claim has been filed in the administrative forfeiture proceedings, unless the court
6 extends the deadline for good cause shown or by agreement of the parties. That
7 deadline is currently February 27, 2012.

8     4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to
9 extend to April 12, 2012, the time in which the United States is required to file a civil
10 complaint for forfeiture against the defendant currency and/or to obtain an indictment
11 alleging that the defendant currency is subject to forfeiture.

12     5. Accordingly, the parties agree that the deadline by which the United States
13 shall be required to file a complaint for forfeiture against the defendant currency
14 and/or to obtain an indictment alleging that the defendant currency is subject to
15 forfeiture shall be extended to April 12, 2012.

16

17                                           BENJAMIN B. WAGNER
    United States Attorney
18
DATE: 2/24/12                /s/ Kevin C. Khasigian
19                                        KEVIN C. KHASIGIAN
    Assistant U.S. Attorney
20

21 DATE: 2/24/12                /s/ Janet Sherman
                                       JANET SHERMAN
22                                        Attorney for Claimant Edward Movagharian
    (Authorized by email)
23

24     **IT IS SO ORDERED**.
25 Dated: February 27, 2012

26

27                                           GARLAND E. BURRELL, JR.
    United States District Judge
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28